UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| INGA AZVOLINSKY, | : | CASE #10-17699/mdc |
| Debtor. | : | Hearing Date: 08/04/2016 |

**STIPULATION OF SETTLEMENT OF MOTION OF DEBTOR SEEKING REFUND
OF MONIES PAID TO BANK OF AMERICA, EVERHOME MORTGAGE COMPANY,
AND/OR NATIONSTAR MORTGAGE, LLC**

This matter having been brought before the Court on Motion Seeking Refund of Monies Paid to Bank of America, Everhome Mortgage Company, and/or Nationstar Mortgage, LLC by Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC, attorneys for debtor, Inga Azvolinsky, and Jerome Blank, Esquire of Phelan, Hallinan, et als, appearing on behalf of creditor, BAC Home Loan Servicing, LP, Everhome Mortgage Company and/or Nationstar Mortgage, LLC, and the parties having resolved said Motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate:

1. Nationstar Mortgage received the sum of $2,438.00 from the Chapter 13 Trustee subsequent to a Modification Agreement being entered into with the debtor;

2. The parties stipulate that Nationstar shall refund to the Chapter 13 Trustee the sum of $2,438.00 to resolve the within Motion.

We hereby agree to the form and content of the within Order:

LAW OFFICE OF ROBERT BRAVERMAN, LLC
Attorneys for Debtor,


By: /s/ Robert N. Braverman
    ROBERT N. BRAVERMAN, ESQUIRE

PHELAN, HALLINAN, et al
Attorneys for Creditor,


By: /s/ Jerome Blank
    JEROME BLANK, ESQUIRE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| INGA AZVOLINSKY, | : | CASE #10-17699/mdc |
| Debtor. | : | Hearing Date: 08/04/2016 |

**ORDER APPROVING STIPULATION OF SETTLEMENT**

It is hereby ORDERED that the Stipulation in Settlement between debtor and Bank of America, Everhome Mortgage Company and/or Nationstar Mortgage, LLC, of the Motion Seeking Refund of Monies Paid to Bank of America, Everhome Mortgage Company, and/or Nationstar Mortgage, LLC filed on or about July 6, 2016 in hereby APPROVED.

BY THE COURT:

Date: August 22, 2016

_____
HONORABLE MAGDELINE D. COLEMAN, USBJ