United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 10-17699-mdc
Inga Azvolinsky                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 2          Date Rcvd: Aug 22, 2016
                              Form ID: pdf900       Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2016.
db            +Inga Azvolinsky,   9274 Jamison Avenue, Unit B,   Philadelphia, PA 19115-4281
cr            +BAC Home Loan Servicing LP,   7105 Corporate Drive,   Plano, TX 75024-4100
cr             Bank of America,   Retail Payment Services,   P.O. Box 660933,   Dallas, TX  75266-0933
cr            +Bank of America, NA successor by merger to BAC Hom,   c/o Brad Cloud,   9441 LBJ Freeway,
               Suite 250,   Dallas, TX 75243-4640
cr             IBM Lender Business Process Services, Inc.,   c/o Udren Law Offices, P.C.,
               Woodcrest Corporate Center,   111 Woodcrest Road,   Suite 200,   Cherry Hill, NJ  08003-3620
cr             Nissan Motor Acceptance Corporation, Servicer for,   PO Box 660366,   Dallas, TX 75266-0366
cr             Residential Credit Solutions,   PO Box 163229,   Ft Worth, TX  76161-3229
cr            +The Bank of New York Mellon f/k/a The Bank of New,   4708 Mercantile Drive,
               Forth Worth, TX 76137-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Aug 23 2016 01:59:48   City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBKNOTICE1@state.pa.us Aug 23 2016 01:59:12
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2016 01:59:34   U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2016 01:53:55
               East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
               GREENVILLE, SC 29602-0288
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2016 02:10:38
               PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2016 02:09:39
               Portfolio Recovery Assocs., LLC,   POB 41067,   NORFOLK, VA 23541-1067
cr            +E-mail/Text: bncmail@w-legal.com Aug 23 2016 01:59:34   Vanda, LLC,
               c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
                                                                                    TOTAL: 7

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           ##+National Bankruptcy Services,   c/o Brad Cloud,   9441 LBJ Freeway,   Suite 250,
               Dallas, TX 75243-4640
                                                                      TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2016 at the address(es) listed below:
              ANDREW F GORNALL   on behalf of Creditor   Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing LP agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ   on behalf of Creditor   EverBank ecfmail@mwc-law.com,  ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN   on behalf of Creditor   EverBank ecfmail@mwc-law.com
              CHANDRA M. ARKEMA   on behalf of Creditor   IBM Lender Business Process Services, Inc.
               pabk@logs.com
              D. TROY SELLARS   on behalf of Creditor   EverHome Mortgage Company tsellars@cozen.com

District/off: 0313-2            User: Stacey            Page 2 of 2            Date Rcvd: Aug 22, 2016
                               Form ID: pdf900          Total Noticed: 15

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          GREGORY  JAVARDIAN    on behalf of Creditor    NationStar Mortgage, LLC, greg@javardianlaw.com,
            mary@javardianlaw.com;tami@javardianlaw.com
          GREGORY  JAVARDIAN    on behalf of Creditor    BAC Home Loans Servicing, LP greg@javardianlaw.com,
            mary@javardianlaw.com;tami@javardianlaw.com
          HEATHER STACEY RILOFF    on behalf of Creditor    IBM Lender Business Process Services, Inc.
            heather@mvrlaw.com,  Diane@mvrlaw.com
          HILARY B. BONIAL    on behalf of Creditor    BAC Home Loan Servicing LP
            hbonial@nbsdefaultservices.com,  notice@bkcylaw.com
          JEROME B. BLANK    on behalf of Creditor    BAC Home Loans Servicing, LP paeb@fedphe.com
          KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
            Loans Servicing, LP fka Countrywide Home Loans Servicing LP ecfmail@mwc-law.com
          KRISTEN D. LITTLE    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
            York, as Trustee, By and Through its Loan Servicer, Residential Credit Solutions, Inc.
            pabk@logs.com
          MARISA MYERS COHEN    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC
            Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP mcohen@mwc-law.com
          ROBERT NEIL BRAVERMAN    on behalf of Debtor Inga  Azvolinsky robert@bravermanlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
            philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
            Nissan-Infiniti LT mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                              TOTAL: 18

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| INGA AZVOLINSKY, | : | CASE #10-17699/mdc |
| Debtor. | : | Hearing Date: 08/04/2016 |

### STIPULATION OF SETTLEMENT OF MOTION OF DEBTOR SEEKING REFUND OF MONIES PAID TO BANK OF AMERICA, EVERHOME MORTGAGE COMPANY, AND/OR NATIONSTAR MORTGAGE, LLC

This matter having been brought before the Court on Motion Seeking Refund of Monies Paid to Bank of America, Everhome Mortgage Company, and/or Nationstar Mortgage, LLC by Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC, attorneys for debtor, Inga Azvolinsky, and Jerome Blank, Esquire of Phelan, Hallinan, et als, appearing on behalf of creditor, BAC Home Loan Servicing, LP, Everhome Mortgage Company and/or Nationstar Mortgage, LLC, and the parties having resolved said Motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate:

1.    Nationstar Mortgage received the sum of $2,438.00 from the Chapter 13 Trustee subsequent to a Modification Agreement being entered into with the debtor;

2.    The parties stipulate that Nationstar shall refund to the Chapter 13 Trustee the sum of $2,438.00 to resolve the within Motion.

We hereby agree to the form and content of the within Order:

LAW OFFICE OF ROBERT BRAVERMAN, LLC
Attorneys for Debtor,

By:  /s/  Robert N. Braverman
    ROBERT N. BRAVERMAN, ESQUIRE

PHELAN, HALLINAN, et al
Attorneys for Creditor,

By:  /s/  Jerome Blank
    JEROME BLANK, ESQUIRE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:                :        CHAPTER 13

INGA AZVOLINSKY,                 :        CASE #10-17699/mdc

    Debtor.                      :        Hearing Date:  08/04/2016

## ORDER APPROVING STIPULATION OF SETTLEMENT

It is hereby ORDERED that the Stipulation in Settlement between debtor and Bank of

America, Everhome Mortgage Company and/or Nationstar Mortgage, LLC, of the Motion

Seeking Refund of Monies Paid to Bank of America, Everhome Mortgage Company, and/or

Nationstar Mortgage, LLC filed on or about July 6, 2016 in hereby APPROVED.

BY THE COURT:

Date:  August 22, 2016

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN, USBJ