# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Inga Azvolinsky<br>           <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 10-17699 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6527

                                          Respectfully submitted,

                                          **/s/Thomas Puleo, Esquire**
                                          Thomas Puleo, Esquire
                                          Brian C. Nicholas, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6306  FAX (215) 825-6406