```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                        Case No. 10-17699-mdc
Inga Azvolinsky                                               Chapter 13
         Debtor                 CERTIFICATE OF NOTICE
District/off: 0313-2         User: Stacey                 Page 1 of 3                  Date Rcvd: Apr 17, 2017
                             Form ID: 138NEW              Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
db           +Inga Azvolinsky,    9274 Jamison Avenue, Unit B,    Philadelphia, PA 19115-4281
cr           +BAC Home Loan Servicing LP,    7105 Corporate Drive,    Plano, TX 75024-4100
cr           +Bank of America, NA successor by merger to BAC Hom,    c/o Brad Cloud,    9441 LBJ Freeway,
               Suite 250,    Dallas, TX 75243-4640
cr            IBM Lender Business Process Services, Inc.,    c/o Udren Law Offices, P.C.,
               Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,    Cherry Hill, NJ   08003-3620
cr            Nissan Motor Acceptance Corporation, Servicer for,    PO Box 660366,    Dallas, TX   75266-0366
cr           +The Bank of New York Mellon f/k/a The Bank of New,    4708 Mercantile Drive,
               Forth Worth, TX 76137-3605
12172139     +BAC Home Loan Servicing, LP,    7105 Corporate Drive,    Plano Texas 75024-4100
12314994     +BAC Home Loan Servicing, LP,    Bankruptcy Dept,    Mail Stop CA6-919-01-23,    400 National Way,
               Simi Valley, CA 93065-6414
12147997     +BAC Home Loans Servicing,    Goldbeck McCafferty & McKeever-56129,
               Suite 5000-Mellon Independence Center,     701 Market Street,    Philadelphia, PA 19106-1538
12240683     +BAC Home Loans Servicing LP,    400 National Way,    Mail Stop CA6-919-01-23,
               Simi Valley, CA 93065-6414
12147998      BAC Home Loans Servicing LP,    P.O. Box 15222,    Wilmington, DE 19886-5222
12147999     +BAC Home Loans Servicing, LP,    7105 Corporate Drive,    Plano, TX 75024-4100
12148000     +BAC Home Loans Servicing, LP,    1800 Tapo Canyon Road, MS SV-103,    Simi Valley, CA 93063-6712
12148001     +BAC Home Loans Servicing, LP,    Home Loans Servicing LP,    1800 Tapo Canyon Road,
               Mail Stop #SV-103,    Simi Valley, CA 93063-6712
12148003     +BAC Home Loans Servicing, LP,    c/o Powers Kirn & Javardian, LLC,
               1310 Industrial Blvd, 1st Floor, Ste 101,    Southampton, PA 18966-4030
12148004     +BAC Home Loans Servicing, LP,    c/o McCabe, Weisberg and Conway, PC,
               123 South Broad Street, Suite 2080,    Philadelphia, PA 19109-1031
12179159     +BAC Home Loans Servicing, LP f/k/a,    Countrywide Home Loans Servicing, LP,
               c/o Bankruptcy Department Mail Stop,    TX2-982-03-03, 7105 Corporate Drive,
               Plano, TX 75024-4100
12748552     +Bank of America,    c/o Andrew F. Gornall, Esq,    701 Market Street, Ste 5000,
               Phila., PA 19106-1541
12748553     +Bank of America,    c/o Joshua I. Goldman, Esq,    701 Market Street, Ste 5000,
               Phila., PA 19106-1541
12148005      Bank of America,    c/o UDREN Law Offices, PC,    Woodcrest Corporate Center,
               111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
12148006      Bank of America Home Loans,    P.O. Box 650070,    Dallas, TX 75265-0070
12148007     +Bank of America Home Loans,    450 American Street #SV416,    Simi Valley, CA 93065-6285
12148008     +Bank of America Home Loans Servicing,    7105 Corporate Drive,    PTX C-35,
               Plano, TX 75024-4100
13240487      Bank of America Retail Payment Services,    P.O. Box 660933,    Dallas, TX 75266-0933
12148009      Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
12148010      Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
12148011      City of Philadelphia,    Department of Revenue,    P.O. Box 41496,    Philadelphia, PA 19101-1496
12148012     +City of Philadelphia - Water Revenue,    c/o Revenue Collection Bureau, Inc.,
               5900 Torresdale Avenue,    Philadelphia, PA 19135-4127
13266718     +EVERHOME MORTGAGE COMPANY,    301 WEST BAY STREET,    JACKSONVILLE,FL 32202-5103
13385661     +EverBank,    Attn: Default Cash,    301 West Bay Street,    Jacksonville, Florida 32202-5180
12148014      First Equity,    P.O. Box 23029,    Columbus, GA 31902-3029
12148015     +First National Bank of Omaha,    1620 Dodge Street,    Omaha, NE 68197-0002
12148016     +HSBC,    Payment Processing Center,    P.O. Box 4155,    Carol Stream, IL 60197-4155
12181686     +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
12148017      HSBC c/o Main Street Acquisition Corp.,    c/o Louis B. Swartz,    1600 Law and Finance Bldg.,
               Pittsburgh, PA 15219
12335835     +IBM Lender Business Process Services,    PO Box 4128,    Beaverton, OR 97076-4128
12148018     +Main Street Acquisition Corp,    P.O. Box 2529,    Suwanee, GA 30024-0982
12239763      Main Street Acquisitions Corp., assignee,    of FIRST NATIONAL BANK OF OMAHA,
               c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13645027    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
12148019     +Nissan Motor Acceptance,    P.O. Box 660360,    Dallas, TX 75266-0360
12154396     +Nissan-Infiniti LT,    PO Box 660366,    Dallas TX 75266-0366
13294884      Residential Credit Solutions,    PO Box 163229,    Ft Worth, TX 76161-3229
12148021     +The Bank of New York Mellon,    c/o McCabe, Weisberg and Conway, PC,    123 South Broad Street,
               Philadelphia, PA 19109-1029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Apr 18 2017 01:21:21      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA   19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2017 01:20:50
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA   17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 18 2017 01:21:18      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
```

```
District/off: 0313-2          User: Stacey             Page 2 of 3            Date Rcvd: Apr 17, 2017
                              Form ID: 138NEW          Total Noticed: 58


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12147996         E-mail/Text: nod.referrals@fedphe.com Apr 18 2017 01:20:37      BAC Home Loans Servicing,
                 c/o Phelan Hallinan & Schmieg, LLP,   One Penn Center at Suburban Station,
                 1617 John F. Kennedy Blvd. Suite 11400,    Philadelphia, PA 19103-1814
12276809        +E-mail/Text: bncmail@w-legal.com Apr 18 2017 01:21:08      CANDICA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12486275         E-mail/Text: bankruptcy@phila.gov Apr 18 2017 01:21:21      City of Philadelphia,
                 SchoolDistrict of Philadelphia,   Law Department - Tax Unit,   One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
12227282         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2017 01:16:52      CR Evergreen, LLC,
                 MS 550,   PO Box 91121,   Seattle, WA 98111-9221
12151873         E-mail/Text: mrdiscen@discover.com Apr 18 2017 01:20:36      Discover Bank,   Dfs Services LLC,
                 PO Box 3025,   New Albany, OH  43054-3025
12148013        +E-mail/Text: mrdiscen@discover.com Apr 18 2017 01:20:36      Discover Card,   P.O. Box 71084,
                 Charlotte, NC 28272-1084
12607521        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2017 01:17:01
                 East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                 Greenville, SC 29602-0288
12207310        +E-mail/Text: bknotice@ncmllc.com Apr 18 2017 01:21:09      National Capital Management, LLC.,
                 8245 Tournament Drive,   Suite 230,   Memphis, TN 38125,    USA 38125-1741
12148020        +Fax: 407-737-5634 Apr 18 2017 03:56:30     Ocwen Loan Servicing, LLC,    P.O. Box 24737,
                 West Palm Beach, FL 33416-4737
13024777        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2017 01:37:35
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
12990744        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2017 01:23:28
                 Portfolio Recovery Assocs., LLC,    POB 41067,   Norfolk, VA 23541-1067
13018840        +E-mail/Text: bncmail@w-legal.com Apr 18 2017 01:21:17      Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12152423        BAC Home Loans Servicing, LP f/k/a,   Countrywide Home Loans Servicing, LP
cr*             Bank of America,   Retail Payment Services,   P.O. Box 660933,    Dallas, TX  75266-0933
cr*            +East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*            +PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
cr*            +Portfolio Recovery Assocs., LLC,    POB 41067,   NORFOLK, VA 23541-1067
cr*             Residential Credit Solutions,   PO Box 163229,   Ft Worth, TX  76161-3229
cr*            +Vanda, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
12148002*       BAC Home Loans Servicing, LP,    P.O. Box 15222,   Wilmington, DE 19886-5222
13018841*      +Vanda, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
cr            ##+National Bankruptcy Services,   c/o Brad Cloud,   9441 LBJ Freeway,    Suite 250,
                 Dallas, TX 75243-4640
12300257      ##+Law Office of Robert Braverman, LLC,    800 N. Kings Hwy., Suite 500,
                 Cherry Hill, NJ 08034-1511
                                                                                             TOTALS: 1, * 8, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2                  User: Stacey                    Page 3 of 3                    Date Rcvd: Apr 17, 2017
                                      Form ID: 138NEW                 Total Noticed: 58
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:

```
              ANDREW F GORNALL     on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing LP agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    EverBank ecfmail@mwc-law.com, ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN     on behalf of Creditor    EverBank ecfmail@mwc-law.com
              CHANDRA M. ARKEMA     on behalf of Creditor     IBM Lender Business Process Services, Inc.
               pabk@logs.com
              D. TROY SELLARS    on behalf of Creditor    EverHome Mortgage Company D.Troy.Sellars@usdoj.gov
              GREGORY    JAVARDIAN    on behalf of Creditor    NationStar Mortgage, LLC, greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              GREGORY    JAVARDIAN    on behalf of Creditor    BAC Home Loans Servicing, LP greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              HEATHER STACEY RILOFF     on behalf of Creditor     IBM Lender Business Process Services, Inc.
               heather@mvrlaw.com, Diane@mvrlaw.com
              HILARY B. BONIAL    on behalf of Creditor    BAC Home Loan Servicing LP
               hbonial@nbsdefaultservices.com, notice@bkcylaw.com
              JEROME B. BLANK    on behalf of Creditor    BAC Home Loans Servicing, LP paeb@fedphe.com
              KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing LP ecfmail@mwc-law.com
              KRISTEN D. LITTLE    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee, By and Through its Loan Servicer, Residential Credit Solutions, Inc.
               pabk@logs.com
              MARISA MYERS COHEN     on behalf of Creditor    Bank of America, N.A., successor by merger to BAC
               Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP mcohen@mwc-law.com
              ROBERT NEIL BRAVERMAN     on behalf of Debtor Inga   Azvolinsky robert@bravermanlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER     ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG     on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 19
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Inga Azvolinsky
      Debtor(s)                    Bankruptcy No: 10−17699−mdc
                                        Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                                        For The Court

                                        Timothy B. McGrath
                                        Clerk of Court

Dated: 4/17/17

                                                                                 182 − 181
                                                                            Form 138_new