United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 10-17699-mdc
Inga Azvolinsky                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey            Page 1 of 1              Date Rcvd: May 26, 2017
                             Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2017.
db            +Inga Azvolinsky,    9274 Jamison Avenue, Unit B,    Philadelphia, PA 19115-4281

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing LP agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    EverBank ecfmail@mwc-law.com, ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    EverBank ecfmail@mwc-law.com
              CHANDRA M. ARKEMA    on behalf of Creditor    IBM Lender Business Process Services, Inc.
               pabk@logs.com
              D. TROY SELLARS    on behalf of Creditor    EverHome Mortgage Company D.Troy.Sellars@usdoj.gov
              GREGORY JAVARDIAN    on behalf of Creditor    NationStar Mortgage, LLC, greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              GREGORY JAVARDIAN    on behalf of Creditor    BAC Home Loans Servicing, LP greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              HEATHER STACEY RILOFF    on behalf of Creditor    IBM Lender Business Process Services, Inc.
               heather@mvrlaw.com, Michelle@mvrlaw.com
              HILARY B. BONIAL    on behalf of Creditor    BAC Home Loan Servicing LP
               hbonial@nbsdefaultservices.com, notice@bkcylaw.com
              JEROME B. BLANK    on behalf of Creditor    BAC Home Loans Servicing, LP paeb@fedphe.com
              KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing LP ecfmail@mwc-law.com
              KRISTEN D. LITTLE    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee, By and Through its Loan Servicer, Residential Credit Solutions, Inc.
               pabk@logs.com
              MARISA MYERS COHEN    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC
               Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP mcohen@mwc-law.com
              ROBERT NEIL BRAVERMAN    on behalf of Debtor Inga  Azvolinsky robert@bravermanlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                              TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Inga Azvolinsky                                              : Case No. 10–17699–mdc

        Debtor(s)

***ORDER***
_____

    AND NOW, this day , May 26, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                By The Court

                                Magdeline D. Coleman
                                Judge , United States Bankruptcy Court

                                                                185
                                                              Form 195